IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In Re: ) | |
| ) | No. 98-127M (MPT) |
| CRIMINAL COMPLAINT ) | |

**MOTION AND ORDER TO UNSEAL FILE**

**NOW COMES** the United States of America, by and through its undersigned counsel, and hereby moves this Honorable Court to unseal the file, substituting the original Affidavit for Criminal Complaint, which original affidavit is to remain sealed, with the enclosed redacted copy of the affidavit from which is redacted privacy policy information.

COLM F. CONNOLLY
United States Attorney

By: _____
Edmond Falgowski
Assistant United States Attorney

Dated: 11-2-06

**IT IS SO ORDERED** this __3__ day of __November__, 2006.

_____
HONORABLE MARY PAT THYNGE
United States Magistrate Judge

FILED
NOV - 6 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE