IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE



| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Action No. 98-119 |
| LOUIS EUGENE THOMAS, | : |
| Defendant. | : |

### MOTION AND ORDER TO SEAL

The United States of America, by and through its attorneys, Richard G. Andrews, United States Attorney for the District of Delaware, and Thomas V. McDonough, Assistant United States Attorney for the District of Delaware, hereby requests this Honorable Court to seal the Indictment, Motion And Order For Bench Warrant, this Motion And Order To Seal, and related file.

　　　　　　　　　　　　　　　　RICHARD G. ANDREWS
　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　BY:　_____
　　　　　　　　　　　　　　　　Thomas V. McDonough
　　　　　　　　　　　　　　　　Assistant United States Attorney

Dated: December 8, 1998

　　　　AND NOW this _8th_ day of _December_____, 1998, upon the foregoing Motion,

**IT IS ORDERED** that the Indictment, Motion And Order For Bench Warrant, this Motion And Order To Seal, and related file be sealed.

                                                        _____
                                                        HONORABLE MARY PAT THYNGE
                                                        United States Magistrate Judge