IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE



| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | Criminal Action No. 98-119 |
| : | |
| LOUIS EUGENE THOMAS, : | |
| : | |
| Defendant. : | |

### MOTION AND ORDER FOR BENCH WARRANT

The United States of America, by and through its attorneys, Richard G. Andrews, United States Attorney for the District of Delaware, and Thomas V. McDonough, Assistant United States Attorney for the District of Delaware, hereby moves this Honorable Court for the issuance of a bench warrant for the arrest and apprehension of Louis Eugene Thomas, pursuant to an Indictment returned against him by the Federal Grand Jury on December 8, 1998.

RICHARD G. ANDREWS
United States Attorney

BY: _____
Thomas V. McDonough
Assistant United States Attorney

Dated: December 8, 1998

AND NOW this _8th_ day of _December_____, 1998, based upon the foregoing motion,

**IT IS ORDERED** that a bench warrant be issued for the arrest and apprehension of Louis Eugene Thomas.

_____
Honorable Mary Pat Thynge
United States Magistrate Judge