IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

In Re:                )
                      )   No. 98-119
INDICTMENT            )
                      )

## MOTION AND ORDER TO UNSEAL FILE

**NOW COMES** the United States of America, by and through its undersigned counsel, and hereby moves this Honorable Court to unseal the file.

>                                 COLM F. CONNOLLY
>                                 United States Attorney
>
>                             By: _____
>                                 Edmond Falgowski
>                                 Assistant United States Attorney

Dated: 11-2-06

IT IS SO ORDERED this __3__ day of __November__, 2006.

_____
HONORABLE MARY PAT THYNGE
United States Magistrate Judge



FILED
NOV - 6 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE