IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Action No. 98-119 |
| LOUIS EUGENE THOMAS, | : |
| Defendant. | : |

REDACTED

### INDICTMENT

The Grand Jury for the District of Delaware charges that:

### COUNT I

From on or about October 1, 1998 and continuing through on or about October 20, 1998, in the State and District of Delaware and elsewhere, Louis Eugene Thomas, defendant herein, did knowingly conspire with an unindicted coconspirator ("JG") to knowingly travel from another state to Delaware with the intent to promote an unlawful activity, to wit, prostitution, in violation of Title 11, Delaware Code, Sections 1342 and 1352, and after this travel defendant performed an act in furtherance of this unlawful activity, in violation of Title 18, United States Code, Section 1952, and, in furtherance thereof, did commit the following overt acts:

1. On October 6, 1998, defendant told a cooperating witness ("CW") that he regularly procured women to engage in prostitution at his (defendant's) unlicensed after-hours club at 316 Market Street, Wilmington, Delaware. Defendant further said that he could arrange for associates of CW to patronize said prostitutes at 316 Market

FILED
NOV 8 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Street if an initial payment of $300.00 was made to defendant. Defendant further said that the prostitutes would charge each customer between $50-$75 for sex and defendant said the "girls will do whatever I tell them."

2. During the late evening hours of October 8, 1998, defendant, while standing in front of his unlicensed after-hours club and wearing a radio headset and microphone at 316 Market Street, Wilmington, Delaware, directed large numbers of prostitutes and their customers into the club at 316 Market Street for the purpose of, in part, engaging in prostitution.

All in violation of Title 18, United States Code, Section 371.

## COUNT II

On or about October 9, 1998, in the State and District of Delaware and elsewhere, Louis Eugene Thomas, defendant herein, did knowingly travel from another state to Delaware with the intent to promote an unlawful activity, to wit, prostitution, in violation of Title 11, Delaware Code, Sections 1342 and 1352, and after this travel defendant performed an act in furtherance of this unlawful activity, to wit, he collected payment of $300.00 from a cooperating witness ("CW") as an advance payment for defendant to procure women to engage in prostitution at defendant's after-hours club at 316 Market Street, Wilmington, Delaware.

All in violation of Title 18, United States Code, Section 1952.

A TRUE BILL:

_____
Foreperson

RICHARD G. ANDREWS
United States Attorney

BY: _____
Thomas V. McDonough
Assistant United States Attorney

Dated: December 8, 1998