# United States District Court

_____ DISTRICT OF _____DELAWARE_____

UNITED STATES OF AMERICA

v.

LOUIS EUGENE THOMAS

REDACTED

Criminal Complaint

CASE NUMBER: 98-127M

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __October 1, 1998 - October 20, 1998__ in __New Castle__ county, in the _____ District of __Delaware and elsewhere__ defendant(s) did, (Track Statutory Language of Offense)

knowingly travel from another state to Delaware with the intent to promote an unlawful activity, to wit, prostitution in violation of 11 Del.C. Sections 1342 and 1352, and after this travel defendant performed an overt act in furtherance of this unlawful activity; and did knowingly conspire with an uncharged person ("UC") to commit this offense.

in violation of Title __18__ United States Code, Section(s) __371, 1952__.

I further state that I am a(n) __Special Agent, Federal Bureau of Investigation__ and that this complaint is based on the following
                                         Official Title
facts:

See attached Affidavit

Continued on the attached sheet and made a part hereof:   Yes

Signature of Complainant
Damon Taylor
Special Agent
Federal Bureau of Investigation

FILED
NOV - 6 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Sworn to before me and subscribed in my presence,

__October 20, 1998__                     at __Wilmington, DE__
Date                                        City and State

Honorable Mary Pat Thynge
United States Magistrate Judge
Name & Title of Judicial Officer          Signature of Judicial Officer

## Affidavit

1. Affiant, Damon T. Taylor, is a Special Agent of the Federal Bureau of Investigation (FBI), and has been such for more than 27 years. Throughout my career with the FBI, I have been assigned and supervised investigations relating to organized crime and racketeering. I have testified and been recognized as an expert witness in Federal Court, Southern District of New York, in connection with racketeer influenced and corrupt organizations. As a Special Agent of the FBI, I am empowered to conduct investigations for offenses enumerated in Section 1952 of Title 18, U.S. Code relating to Interstate and Foreign Travel or Transportation in Aid of Racketeering Enterprises.

2. This affidavit is made in support of an Application for an Arrest Warrant for the person of Louis Eugene Thomas . I have conducted sufficient investigation into the activities of Louis Eugene Thomas to cause me to believe Mr. Thomas is engaged in the enterprise of interstate racketeering between the Commonwealth of Pennsylvania and State of Delaware, to wit, promoting prostitution, as defined in Title 11 Section 1352 of the State of Delaware Criminal Code and operating said place of prostitution at 316 Market Street, Wilmington, Delaware.

3. Affiant obtained all the following facts and information during the course of this investigation through the use of CW-1, surveillances, personal observations, through review of consensual tape-recordings between the cooperating witness (CW 1) and Louis Eugene Thomas and video tapes of same.

4. Beginning approximately 9/24/98, CW-1 advised affiant that Louis Eugene Thomas, a Chester, Pennsylvania resident, manages prostitutes from Philadelphia, Pennsylvania, transports same or causes them to be transported to 316 Market Street, Wilmington, Delaware, by van, from Pennsylvania for the purpose of prostitution. Said establishment is operated in the late evening hours of Thursday, Friday and Saturday and into the early morning hours of the following days. CW-1 advised this location (316 Market Street) is located between two (2) Christian Churches.

5. A physical observation by Affiant, as recently as 10/14/98, revealed the Korean Presbyterian Church of Delaware is located at 318 Market Street and the Faith Deliverance Church is located at 314 Market Street. 316 Market Street, during the daylight hours, appears to be a vacant store-front, with no signs of activity and marked with a local realty sign.

6. Surveillance of 316 Market Street by Affiant, during the late evening hours of 10/1/98, 10/2/98 and 10/8/98, revealed large

numbers of male patrons entering 316 Market Street. In addition to the male patrons, van transports, bearing Pennsylvania registrations were observed discharging apparently female passengers. An individual, now identified as Louis Eugene Thomas, was observed wearing a radio headset and microphone directing patrons into the premises. During the course of surveillance on 10/1/98, 10/2/98 and 10/8/98, four (4) different Pennsylvania van transports have been observed discharging females into 316 Market Street.

7. CW-1, on 10/1/98, 10/6/98, 10/9/98 and 10/13/98, had consensually recorded conversations with Louis Eugene Thomas. During these conversations the nature of "Strip-Pros (prostitution)" is defined. Thomas advised "they can't shut me down now...everybody in the fu_king State of Delaware is trying to do strip sh_t now...Now Ambrosia's doing it...Now Safari's doing it...the thing they can't do is I got bedrooms in my joint (316 Market), I got bedrooms in my sh_t...that's what makes it nice". In the above conversations, the term "VIP" is discussed and further that the VIP rooms, are in fact, bedrooms where the prostitution occurs. Thomas discusses that the prostitutes charge between $50 and $75 per customer, of which Thomas receives a percentage.

8. CW-1 while in Delaware, on 10/1/98 and 10/13/98, made consensually tape-recorded telephone conversations with Thomas. In both instances, Thomas was contacted at ▓▓▓▓▓▓▓▓ a Chester, Pa. telephone number.

9. Surveillance by Affiant at 316 Market Street, Wilmington, Delaware revealed Thomas utilizes Delaware vehicle registration ▓▓▓▓▓▓▓▓ This vehicle was observed by Affiant on 10/13/98 and 10/14/98 to be parked in the 1600 block of Fourth Street, Chester, Pa.

10. CW-1, on 10/9/98, while in Delaware, contacted Thomas, via telephone, at Thomas' residence ▓▓▓▓▓▓▓▓ to request that Thomas bring prostitutes to 316 Market Street for a private party. Thomas subsequently traveled from Chester, Pa. to Delaware and accepted $300.00 from CW-1 to procure prostitutes and agreed to transport same for a proposed private party at 316 Market Street, Wilmington, Delaware, during which they (the prostitutes) would engage in prostitution. I have confirmed this exchange by a review of a videotape.

11. CW-1, as recently as 10/8/98, has visited the establishment at 316 Market Street and advises that prostitution is being conducted on the premises, more specifically in the "VIP" rooms. This prostitution includes sexual conduct as defined in Title 11, Section 1356 of the State of Delaware Criminal Code, for monetary payments. Further, CW-1 advises that this establishment in operated by Louis Eugene Thomas.

12) On 9/24/98, CW-1 advised Affiant of the name of an uncharged person (UC) who acts in concert with Thomas at the doors of the "VIP" bedrooms and directs, promotes and solicits patrons of 316 Market Street. Affiant has observed this UC arriving at 316 Market Street in the automobile of a family member (UC's family). Affiant has also observed UC wear a headset and microphone, soliciting patrons, directing patrons and providing furtive security for the illegal operation at 316 Market Street.

13). Based on the facts set forth above, affiant believes there is probable cause that Louis Eugene Thomas is engaged in Interstate Transportation in Aid of Racketeering, to wit prostitution, in violation of Title 18, Section 1952 of the US Code and Conspiracy to do the same, in violation of Title 18, Section 371. Affiant requests the Court to authorize the arrest of Louis Eugene Thomas.

Damon T. Taylor
Special Agent
Federal Bureau of Investigation

Dated: 10/20/98