IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE


SEALED
UNSEALED
11/6/06
KJK

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | )   Criminal Action No. 98-119 |
| LOUIS EUGENE THOMAS, | ) |
| Defendant. | ) |

### MOTION AND ORDER TO DISMISS

NOW COMES the United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Edmond Falgowski, Assistant United States Attorney for the District of Delaware, and in the exercise of prosecutorial discretion hereby moves this Honorable Court to dismiss the Indictment.

COLM F. CONNOLLY
United States Attorney

By: _____
Edmond Falgowski
Assistant United States Attorney

Dated: November 2, 2006

IT IS SO ORDERED this 21st day of November, 2006.

_____
United States District Court