AO 442 (Rev. 12/85) Warrant for Arrest

# United States District Court

_____ DISTRICT OF _____ DELAWARE

UNITED STATES OF AMERICA
V.
LOUIS EUGENE THOMAS

**WARRANT FOR ARREST**

CASE NUMBER: CR.ACTION 98-119

REDACTED

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ___LOUIS EUGENE THOMAS___
                                              Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

[X] Indictment  [ ] Information  [ ] Complaint  [ ] Order of court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him or her with (brief description of offense)

Conspiracy to promote unlawful activity;

Interstate travel with intent to promote unlawful activity;

in violation of Title ___18___ United States Code, Section(s) __371 & 1952__

PETER T. DALLEO
Name of Issuing Officer

BY: [signature] , DEPUTY CLERK
Signature of Issuing Officer

CLERK OF THE COURT
Title of Issuing Officer

DECEMBER 8, 1998 – WILMINGTON, DELAWARE
Date and Location

Bail fixed at $ _____ by _____
                                Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |
| Dismissed per Court order |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 12-8-98 | | |
| DATE OF ARREST | William David, Dusey | William [signature] |
| 11-21-06 | | |